IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE L. DIRDEN, JR.,
    Petitioner,

vs.                                                     Case No.: 3:15cv412/RV/EMT

JULIE L. JONES,
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 21, 2016 (ECF No. 47). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc.s 48, 49, 50), I have determined that the Report and Recommendation should be adopted. It is apparent that, while the Petitioner may have a valid potential claim with respect to the length of his sentence, his repeated filings in this case have been nothing but frivolous gobbledygook.

Accordingly, it is now **ORDERED** as follows:

    1.      The chief magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2. Respondent's "Motion to Dismiss or Deny Based on Frivolous Nature of Claim" (ECF No. 41) is **GRANTED**.

3. The fourth amended habeas petition (ECF No. 24) is **DENIED**.

4. Petitioner's motion to amend (ECF No. 43) is **DENIED as futile**, and the proposed fifth amended petition (ECF No. 44) **SHALL NOT TAKE EFFECT**.

5. A certificate of appealability is **DENIED**.

6. The clerk of court is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 28th day of November, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**